**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: _____

Thomas J. Davies as Plenary Guardian of    State Court Case No.: CACE18004147
Daniel K. Davies,

    Plaintiff,

v.

SCOTT ISRAEL, acting in his Official
Capacity as Constitutional Deputy of
Broward County Sheriff's Office, Deputy
McMorris Magliore, in his Individual
Capacity; Deputy Germaine McKenzie, in
his Individual Capacity; Armor
Correctional Healh Services, Inc., Doctor
Stephen Kotzen, Nurse Esner Benoit,
Nurse Francis Dupiche, EMT Nicholas
Waddle, each individually and as
employees of Armor Correctional Health
Services, Inc.

    Defendants.

## DEFENDANT SCOTT ISRAEL'S NOTICE OF REMOVAL TO FEDERAL COURT

Defendant Scott Israel, (hereinafter known as "Defendant Scott Israel")[1] by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, files this Notice of Removal and states as follows:

1. Plaintiff, Thomas J. Davies as Plenary Guardian of Daniel K. Davies (hereinafter "Guardian Plaintiff") filed his original Complaint in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida. The clerk of that court assigned case

---

[1] It appears that Plaintiff has not yet served various Defendants including, but not limited to, Defendant Magloire, and Defendant McKenzie. As such, this Notice is being served on behalf of Defendants Scott Israel only.

number CACE18004147 to Guardian Plaintiff's action, being brought on behalf of Daniel K. Davies ("Inmate Plaintiff").

2. Therein, Guardian Plaintiff alleges damages pursuant to 42 U.S.C. §§ 1981, 1983, and 1988. Guardian Plaintiff's Complaint contains allegations including, but not limited to, that defendants used or permitted the use of excessive force, and deliberate indifference to the detriment of Inmate Plaintiff. Further, Guardian Plaintiff makes claims for state law battery.

3. This removal is timely as less than 30 days has expired since the initial pleading setting forth the claim for relief, where the federal question that grants this Court jurisdiction, was first served upon Defendants. See 28 U.S.C. § 1446 (b)(1). Defendant Israel was served on February 26, 2018.

4. Venue is proper in this Court under 28 U.S.C. § 1391 (b), and Pursuant to 28 U.S.C. 1446 (a), this Notice of Removal is filed in the district court of the United States for the district and division within which the state court action is pending.

5. Copies of all process, pleadings, and orders on file with the state court are attached hereto as Composite **Exhibit A**.

6. As noted above, various Defendants have not yet been served, but Defendant Scott Israel, and Armor Correctional Health Services, Inc. (hereinafter "Defendant Armor") have been. Counsel for Defendant Armor has consented to the removal of this action to Federal Court pursuant to 28 U.S. Code § 1446 (b)(2)(A).

7. This Notice of Removal is timely and proper under 28 U.S.C. § 1446 (b)(2)(B).

8. Pursuant to 28 U.S.C. Sec. 1446(d), a copy of this notice has been sent to all adverse parties and the clerk of the state court.

WHEREFORE, Defendant Scott Israel files this Notice of Removal and request that this Court take notice of it.

Dated: March /28/2018

**Respectfully submitted,**

WALTON LANTAFF SCHROEDER & CARSON LLP
**Attorneys for Defendant Israel**
Corporate Center
110 E. Broward Blvd., Suite 2000
Fort Lauderdale, FL 33301-3503
Tel: (954) 463-8456
Fax: (954) 763-6294

By: _____
Beth J. Leahy, Esquire
Florida Bar No.: 308048
Edward U. Ibeh II, Esquire
Florida Bar No.: 115984

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by CM/ECF system and U.S. Mail on all counsel or parties of record indicated on the Service List below on this __26__ day of __March__, 2018.

By: _____
Beth J. Leahy, Esquire
Florida Bar No.: 308048

## SERVICE LIST

Beth J. Leahy, Esquire
Bleahy@waltonlantaff.com
Florida Bar No.: 308048
Edward U. Ibeh II, Esquire
Eibeh@waltonlantaff.com
Florida Bar No.: 115984
WALTON LANTAFF SCHROEDER &
CARSON LLP
Corporate Center
110 E. Broward Blvd., Suite 2000
Fort Lauderdale, FL 33301-3503
t: 954. 463-8456
f: 954. 763-6294
**Attorneys for Israel**

Bradley J. Edwards, Esq.
Edwards Pottinger, LLC
425 North Andrews Ave., Suite 2
Fort Lauderdale, FL 33301
brad@eppe.com
**Attorneys for Plaintiff**

Louis Reinstein, Esq.
Kelly Kronenberg
8201 Peters Road, Suite 4000
Plantation, Florida 33324
LReinstein@kelleykronenberg.com
**Attorneys for Armor**